UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES CARREON,<br><br>　　　　　Defendant. | Case No. 12-cv-03435 NC<br><br>**REFERRAL FOR CONSIDERATION OF WHETHER CASES SHOULD BE RELATED** |

Based on the complaint filed by Doe in this action, 12-cv-03435, the court believes that this case is related to case 12-cv-03112, which is assigned to District Judge Chen. Accordingly, this case is referred to District Judge Chen in accordance to Civil Local Rule 3-12(c) to determine whether the two cases are related.

IT IS SO ORDERED.

Date: July 3, 2012

　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 12-cv-03435 NC
REFERRAL