United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DOE,

Plaintiff,

v.

CHARLES CARREON,

Defendant.

______________________________________/

No. C 12-03435 RS

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference in the instant case scheduled on October 11, 2012 shall be continued to October 15, 2012 at 10:00 a.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. The parties shall file a Joint Case Management Statement at least one week prior to the Conference. Parties or counsel may appear personally or file a request to appear by telephone. If any party files such a request, all parties shall appear telephonically at **11:00 a.m.** and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

Dated: 9/27/12

For the Court,
RICHARD W. WIEKING, Clerk

By: /s/ Corinne Lew
Courtroom Deputy Clerk