IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CHRISTOPHER RECOUVREUR,

Plaintiff,

v.

CHARLES CARREON,

Defendant.
_____/

No. C 12-03435 RS

**ORDER POSTPONING DEADLINE FOR SERVICE**

Plaintiff continues to endeavor to complete service on defendant.  As plaintiff has demonstrated due diligence in his attempts, his request to extend the time in which to serve defendant is granted.  Plaintiff must affect service on defendant by February 22, 2013.

IT IS SO ORDERED.

DATED: 11/9/12

_____
RICHARD SEEBORG
United States District Judge