Paul Alan Levy, pro hac vice
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-1000
plevy@citizen.org

Catherine R. Gellis, California Bar #251927
P.O. Box 2477
Sausalito, California 94966
(202) 642-2849
cathy@cgcounsel.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER RECOUVREUR, Plaintiff, v. CHARLES CARREON, Defendant. | ) | No. 3:12-cv-03435 **AFFIDAVIT OF SERVICE** |

1. My name is Catherine Gellis. I am co-counsel for plaintiff in this case.

2. On November 15, 2012, I personally served defendant the Summons and Amended Complaint in this case on defendant Charles Carreon. After Mr. Carreon told my co-counsel, Mr. Levy, that he was unwilling to expose himself to service (a copy of his email is attached as Exhibit A), I verified that he was scheduled to present oral argument on November 15 in a case pending before Judge Chen. I went to Judge Chen's courtroom in the Federal Building, 450 Golden Gate Avenue, San Francisco, California. At 10:15 Mr. Carreon's matter was called, and he identified himself to the court. At 10:50 his hearing concluded. I waited in the hall for Mr. Carreon to leave the courtroom, which he did by 10:55. When he did, I addressed him by name and said I had a summons and complaint for him. He extended his arm and took them. Service thus complete, I left the courthouse.

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on November 16, 2012.

Catherine R. Gellis (signature)
Catherine Gellis

From: Charles Carreon, Esq. <chascarreon@gmail.com>
Sent: Friday, November 09, 2012 12:54 PM
To: Paul Alan Levy
Subject: Re: Service of filed documents

Paul:

I have no interest in litigating this matter, and accordingly will not consent to or expose myself to service. There is no case or controversy, and your client has no Article III standing to file this suit, which is simply some bizarre form of harrassment in which you play the role of officious interloper. You would be well advised to expend efforts on clients whose legal needs are not frivolous.

Regards,
Charles

On Fri, Nov 9, 2012 at 10:25 AM, Paul Alan Levy <plevy@citizen.org> wrote:
I am sending them to you because I am obligated to serve the documents on you, as the defendant in Case No. 3:12-cv-03435-RS (N.D. Cal.), Recouvreur v. Carreon, however successful you may have been in avoiding formal service of the summons and complaint.

If you will tell me when you will be available to a process server to receive a hard copy of the summons and complaint, we can just proceed with this litigation.

Paul Alan Levy
Public Citizen Litigation Group
1600 - 20th Street, NW
Washington, D.C. 20009
(202) 588-1000
http://www.citizen.org/Page.aspx?pid=396

From: Charles Carreon [mailto:chascarreon@gmail.com]
Sent: Friday, November 09, 2012 11:36 AM
To: Paul Alan Levy
Subject: Re: Service of filed documents

Mr. Levy:

I do not know why you are sending me these documents.
I have not read them, or any other documents pertaining to any case in which you are counsel.

Regards,
Charles Carreon

**Gellis Affidavit**
**Exhibit A**

On Thu, Nov 8, 2012 at 9:07 PM, Paul Alan Levy <plevy@citizen.org> wrote:

--

Charles Carreon, Esq.
2165 S. Avenida Planeta
Tucson, AZ 85710
Tel 1: 520-841-0835
Tel 2: 520-762-7314
Fax: 520-843-2083

This message may contain attorney-client and/or attorney work-product privileged material. If you are not the intended recipient, please first notify the sender and then delete the message and any attachment. Inadvertent disclosures shall not work a waiver of any privilege.

--

Charles Carreon, Esq.
2165 S. Avenida Planeta
Tucson, AZ 85710
Tel 1: 520-841-0835
Tel 2: 520-762-7314
Fax: 520-843-2083

This message may contain attorney-client and/or attorney work-product privileged material. If you are not the intended recipient, please first notify the sender and then delete the message and any attachment. Inadvertent disclosures shall not work a waiver of any privilege.

**CERTIFICATE OF SERVICE**

I hereby certify that I am causing a copy of this Affidavit of Service to be sent to defendant Charles E. Carreon both by email to chascarreon@gmail.com and chas@charlescarreon. com and by first class mail to 2165 S. Avenida Planeta, Tucson, Arizona 85710

/s/ Paul Alan Levy
Paul Alan Levy