Paul Alan Levy, pro hac vice
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, D.C. 20009
(202) 588-1000
plevy@citizen.org

Catherine R. Gellis, California Bar #251927
P.O. Box 2477
Sausalito, California 94966
(202) 642-2849
cathy@cgcounsel.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER RECOUVREUR,<br>Plaintiff,<br>v.<br>CHARLES CARREON,<br>Defendant. | ) | No. 3:12-cv-03435<br>**AFFIDAVIT OF CATHERINE GELLIS**<br>Date: January 3, 2013<br>Time: 1:30 PM<br>Courtroom #3, 17th Floor |

1. My name is Catherine Gellis. I am co-counsel for plaintiff in this case.

2. On November 15, 2012, I personally served the summons and amended complaint in this case on defendant Charles Carreon. Mr. Carreon presented oral argument in a case pending before Judge Chen on November 15. I went to Judge Chens courtroom in the Federal Building, 450 Golden Gate Avenue, San Francisco, California, and watch Mr. Carreon present argument. His hearing ended at about 10:50 AM. I waited in the hall for Mr. Carreon to leave the courtroom, which he did by 10:55. When he did, I addressed him by name and said I had a summons and complaint for him. He extended his arm and took them, saying, "I'm not surprised, good job."

3. I incurred a total of $10.95 in transportation costs (2 bus rides at $3.60 each, a BART ride at $1.75, and a MUNI railway ride at $2.00) in serving Mr. Carreon. I spend 2.5 hours traveling to and from the courthouse and waiting to serve Mr. Carreon.

4. I spent one hour discussing a proposed motion for award of the expenses of service, reviewing

the draft for the motion papers prepared by Paul Alan Levy, plaintiff's lead counsel, conducting additional research, and preparing this affidavit.

5. My time is ordinarily billed at $300 per hour. I am a 2006 Boston University School of Law graduate who practices Internet and intellectual property law in the San Francisco Bay Area.

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on November 23, 2012.

Catherine R. Gellis