Paul Aan Levy, pro hac vice
Public Citizen Litigation Gro 600 20th Street, N.W.
Washington, D.C. 20009
(202) 588-1000
plevy@citizen.org

Catherine R. Gellis, California Bar #251927
P.O. Box 2477
Sausalito, California 94966
(202) 642-2849
cathy@cgcounsel.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RECOUVREUR, Plaintiff, vs. CHARLES CARREON, Defendant. | No. 3:12-cv-03435<br>AFFIDAVIT OF MARK GOLDOWITZ<br>Date: January 3, 2013<br>Time: 1:30 PM<br>Courtroom #3, 17th Floor |

# AFFIDAVIT OF MARK GOLDOWITZ

I, MARK GOLDOWITZ, declare:

1. I am a member in good standing with the California State Bar, and am admitted to practice in the Northern, Central, and Eastern Districts of California. I have personal knowledge of the facts contained in this declaration, unless otherwise indicated, and, if called as a witness, I am competent to testify to those facts.

2. I am a 1972 graduate of Harvard Law School. I was admitted to the Bar in Massachusetts in 1972, New York in 1979, and California in 1980. Since law school, I have specialized in civil law and litigation, and since 1993 in First Amendment and anti-SLAPP issues. In the 1970's, I was an attorney in private practice and a staff attorney at Greater Boston Legal Services. From 1982 to 1987, I was the Executive Director of the Contra Costa Legal Services Foundation. Since 1987, I have been in private practice, originally in Oakland and now Berkeley.

3. Since 1993, I have specialized in providing defenses under the California anti-SLAPP law, Code of Civil Procedure 425.16. I have been sole or lead counsel on special motions to strike granted by the trial courts in Alameda, Amador, Butte, Glenn, Kern, Los Angeles, Marin, Modoc, Nevada, Orange, Riverside, Sacramento, San Bernardino, San Diego, San Francisco, San Joaquin, San Luis Obispo, San Mateo, Santa Clara, Santa Cruz, Solano, Sonoma, Tulare, and Ventura counties, and in decisions by the California Supreme Court and the First, Second, Third, Fourth, and Sixth District Courts of Appeal, and the Eastern District of California. My clients have prevailed in seven published opinions under the anti-SLAPP statute, including two decisions by the California Supreme Court: *Briggs v. Eden Council for Hope and Opportunity* (1999) 19 Cal.4th 1106; *Barrett v. Rosenthal* (2006) 40 Cal.4th 33; *Coltrain v. Shewalter* (1998) 66 Cal.App.4th 94; *Church of Scientology v. Wollersheim* (1996) 42 Cal.App.4th 628; *Kyle v. Carmon* (1999) 71 Cal.App.4th 901; *Thomas v. Quintero* (2005) 126 Cal.App.4th 635; and *Wong v. Jing* (2010) 189 Cal.App.4th 1354. *Briggs* and *Barrett* were both landmark SLAPP cases. *Briggs* was the California Supreme Court's first opinion under the statute and *Barrett* established that civil immunity for Internet reposters is available to Internet

users. My expertise has been recognized in four court of appeal opinions

4. The current rate for my services is $650 per hour. That is the rate I charge new market-rate paying clients for my services. My current hourly rate was found reasonable by Judge James McBride, in *Rahbar v. Batoon*, San Francisco Superior Court, No. CGC-11-515742, on November 15, 2012, and by Judge Ronald E. Quidachay, in *Aber v. Wolters Kluwer United States, Inc.*, San Francisco Superior Court, No. CGC-10-503100, on May 24, 2012. My previous hourly rates have been found reasonable by many courts.

5. In the course of my practice, including through litigating fee claims, I have become familiar with the hourly rates charged by, and awarded to, counsel in the Bay Area. I am familiar with Paul Levy, have worked with him on cases and other projects, and know that he is a very experienced and skilled litigator. I believe that the hourly rate he seeks in this case, $700/hour, is a reasonable rate for his services, and is within the range of prevailing market rates for attorneys with reasonably comparable skills and experience.

I hereby declare that the above statements are true and correct. Signed under the penalty of perjury under the laws of the State of California, on the date set forth below, in Berkeley, California.

Dated: November 26, 2012

Mark Goldowitz