Paul Alan Levy, pro hac vice
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, D.C. 20009
(202) 588-1000
plevy@citizen.org

Catherine R. Gellis, California Bar #251927
P.O. Box 2477
Sausalito, California 94966
(202) 642-2849
cathy@cgcounsel.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RECOUVREUR, Plaintiff, v. CHARLES CARREON, Defendant. | No. 3:12-cv-03435<br>**PROPOSED ORDER**<br>Date: January 3, 2013<br>Time: 1:30 PM<br>Courtroom #3, 17th Floor |

Plaintiff Christopher Recouvreur is awarded $374.45 for expenses incurred attempting to serve the summons and amended complaint after defendant Charles Carreon failed to waive service, and is further awarded $4,290 in attorney fees reasonably incurred in moving for an award of expenses for service.

Defendant Carreon shall pay these amounts no later than fifteen (15) days after the date of this order.

______________________________
United States District Judge