Paul Alan Levy, pro hac vice
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-1000
plevy@citizen.org

Catherine R. Gellis, California Bar #251927
P.O. Box 2477
Sausalito, California 94966
(202) 642-2849
cathy@cgcounsel.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RECOUVREUR,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES CARREON,<br><br>Defendant. | No. 3:12-cv-03435 |

**PROPOSED ORDER**

Defendant's time to respond to the motion for an award of service expenses and related attorney fees (Docket Entry Number 32) is hereby extended to and including December 12, 2012. The deadline for plaintiff's reply brief, if any, shall be December 19, 2012.

Dated:

______________________________
United States District Judge