Case3:12-cv-03435-RS Document32 Filed12/04/12 Page1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RECOUVREUR,<br>Plaintiff,<br>v.<br>CHARLES CARREON,<br>Defendants. | CASE NO. 3:12-CV-03435 RS<br>**[~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO MOTION** |

## ORDER

Pursuant to the ex parte motion of defendant, and good cause appearing therefor, IT IS HEREBY ORDERED that defendant Charles Carreon shall have to and until December 20, 2012 to file opposition to plaintiff's motion for an award of service expenses.

Dated: 12/10, 2012

Richard Seeborg
United States District Court Judge

Submitted on December 4, 2012 by:

s/Charles Carreon
CHARLES CARREON, ESQ.
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Attorney pro se for Defendant Charles Carreon