CHARLES CARREON, ESQ. (127139)
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Fax: 520-843-2083
Email: chas@charlescarreon.com

Attorney for Defendant Charles Carreon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RECOUVREUR,<br>Plaintiff,<br>v.<br>CHARLES CARREON,<br>Defendants. | CASE NO. 3:12-cv-03435 RS<br>**OFFER OF JUDGMENT**<br>**[RULE 68]** |

Pursuant to F.R.Civ.P. 68, without waiving any defenses or conceding any claims, or that any valid claim is stated by the operative complaint, or that defendant is liable in any manner whatsoever, defendant hereby offers to give judgment on the following specified terms:

The Court shall enter a declaration declaring that:

1. Plaintiff's domain name "charles-carreon.com," plaintiff's use of the domain name, and plaintiff's current manner of using his web site, do not violate defendant's rights;
2. Plaintiff's use of the domain name "charles-carreon.com," in its current manner of use, is fair use and protected under the First Amendment, and does not infringe on defendant's mark;
3. Defendant is not entitled to an injunction against plaintiff using the domain name "charles-carreon.com" or operating the Web site located at the URL "www.charles-carreon.com;" and

4. Plaintiff shall take a total money judgment inclusive of costs in the amount of $725, being the sum of the filing fee and service costs claimed.

Dated: December 3, 2012

CHARLES CARREON, ESQ.

Charles Carreon
2012.12.03
17:00:53 -07'00'

By: ______________________
Charles Carreon
Attorney for Defendant Charles Carreon

Accepted:

Dated: December 17, 2012

PUBLIC CITIZEN LITIGATION GROUP

By: ______________________
Paul Alan Levy
Attorney for Plaintiff Christopher Recouvreur