United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CHRISTOPHER RECOUVREUR,

Plaintiff,

v.

CHARLES CARREON,

Defendant.

_______________________________________/

No. C 12-03435 RS

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The motion hearing (#32) in the instant case scheduled for January 17, 2013 shall be continued to **February 7, 2013 at 1:30 p.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.

Dated: 12/31/12

For the Court,
RICHARD W. WIEKING, Clerk

Corinne Lew

By:
Courtroom Deputy Clerk