UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER RECOUVREUR,

Plaintiff,

v.

CHARLES CARREON,

Defendants.

CASE NO. 3:12-CV-03435 RS

**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO MOTION**

**ORDER**

Pursuant to the ex parte motion of defendant, and good cause appearing therefor, IT IS HEREBY ORDERED that defendant Charles Carreon shall have to and until May 13, 2013 to file opposition to plaintiff's motion for an award of attorney's fees (Docket # 42.).

Dated: ____________________, 2013

______________________________
Richard Seeborg
United States District Court Judge

Submitted on January 14, 2013 by:

s/Charles Carreon
CHARLES CARREON, ESQ.
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Attorney pro se for Defendant Charles Carreon