Paul Alan Levy, pro hac vice
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-1000
plevy@citizen.org

Catherine R. Gellis, California Bar #251927
P.O. Box 2477
Sausalito, California 94966
(202) 642-2849
cathy@cgcounsel.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RECOUVREUR,<br>Plaintiff,<br>v.<br>CHARLES CARREON,<br>Defendant. | No. 3:12-cv-03435 |

## STIPULATED PROTECTIVE ORDER

To resolve a potential discovery dispute over defendant's subpoena to Public Citizen Litigation Group, requesting documents that reveal the actual dollar amounts of the compensation received since 2008 by plaintiff's lead counsel, Paul Alan Levy, defendant has agreed to stipulate, and the Court hereby orders, that any document produced by Public Citizen to defendant that discloses Mr. Levy's salary, and the information in any such document, shall be held by defendant in confidence, and used only for the purpose of this litigation. Defendant shall not disclose that information to any third party except as expressly provided in this Order.

In the event defendant believes that the compensation amounts are relevant to papers that he files in this case, he may not file the documents, or reveal information contained in those documents, unless and until the Court has ruled that the information is relevant to a pending motion. If the Court allows filing of the document, or of another document containing that information, such documents shall be filed under seal, following the rules for filing sealed documents in the United States District Court for the Northern District of California. Once the litigation over attorney fees is over, defendant shall destroy all copies of the

documents he has received, as well as any other documents containing the information, including any documents created by defendant. Thereafter, the restriction on disclosing the information to any third party shall remain permanently.

/s/ Paul Alan Levy
Counsel for plaintiff

/s/ Charles Carreon
Defendant pro se

/s/ Allison M. Zieve
Counsel for Public Citizen Litigation Group

Dated: March 6 , 2013

IT IS SO ORDERED.

Dated:

UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

On this 6th day of March, 2013, I am e-filing this Stipulated Protective Order, which in turn will cause to defendant Charles Carreon to be served at chas@charlescarreon.com via the Court's ECF system.

/s/ Paul Alan Levy
Paul Alan Levy