Paul Alan Levy, pro hac vice
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-1000
plevy@citizen.org

Catherine R. Gellis, California Bar #251927
P.O. Box 2477
Sausalito, California 94966
(202) 642-2849
cathy@cgcounsel.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER RECOUVREUR,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES CARREON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:12-cv-03435 |

**STIPULATED PROTECTIVE ORDER**
**WITH RESPECT TO AUDIO OR VIDEO RECORDING OF DEPOSITION**

To resolve a potential discovery dispute over defendant's announcement on March 6, 2013, that he intends to videotape the March 8 deposition of plaintiff, defendant has agreed to stipulate, and the Court hereby orders, that defendant may use the video and audio recording of the deposition only for the purpose of litigating the fee applications in this case. The audio and video recording shall be held by defendant in confidence; defendant shall not disclose that information to any third party except as expressly provided in this Order. Nothing in this order limits the use of a written transcription of the deposition.

In the event defendant believes that the Court needs to view or hear any portion of the video or audio recording of the deposition to decide the fee application, because a written transcription is insufficient, he may not file the recording, unless and until the Court has ruled that the recording is relevant to a pending motion. If the Court allows filing of the recording, it shall be filed under seal, following the rules for filing sealed documents in the United States District Court for the Northern District of California. Once the litigation over attorney fees is over, defendant shall destroy the video and audio recording, as well as any

other documents containing such recording, including any documents created by defendant.

/s/ Paul Alan Levy
Counsel for plaintiff

/s/ Charles Carreon
Defendant pro se

Dated: March 7 , 2013

IT IS SO ORDERED.

Dated:

UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

On this 7th day of March, 2013, I am e-filing this Stipulated Protective Order, which in turn will cause defendant Charles Carreon to be served at chas@charlescarreon.com via the Court's ECF system.

/s/ Paul Alan Levy
Paul Alan Levy