CHARLES CARREON, ESQ. (127139)
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Fax: 520-843-2083
Email: chas@charlescarreon.com

Attorney pro se for Defendant Charles Carreon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RECOUVREUR, | CASE NO. 3:12-CV-03435 RS |
| Plaintiff, | **NOTICE OF APPEAL** |
| v. | |
| CHARLES CARREON, | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Charles Carreon, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting in Part Plaintiff's Motions for Attorneys Fees, Docket # 58, entered in this action on the 12th day of April, 2013. Pursuant to Circuit Rule 3-2, the required Notice of Representation is attached as Attachment "A".

Dated: May 13, 2013          CHARLES CARREON, ESQ.
                             By: s/Charles Carreon
                             CHARLES CARREON (CSB: #127139)
                             Attorney *pro se* for defendant

-1-

ATTACHMENT "A"

REPRESENTATION STATEMENT

Pursuant to Circuit Rule 3-2, plaintiff-appellant identifies the parties to the action and their counsel as follows:

<u>Defendant-Appellant Charles Carreon</u>
Attorney: CHARLES CARREON, ESQ. (CSB: 127139)
2165 S. Avenida Planeta
Tucson, AZ 85710
Tel: 520-841-0835
Fax: 520-843-2083
Email: chascarreon@gmail.com and chas@charlescarreon.com

<u>Plaintiff-Respondent Christopher Recouvreur</u>
Attorneys:
Public Citizen Litigation Group
Paul A. Levy
1600 20th Street, N.W.
Washington, D.C. 20009
Tel: (202) 588-1000
Email: plevy@citizen.org

Catherine R. Gellis, (CSB: 251927)
P.O. Box 2477
Sausalito, CA 94966
Tel: (202) 642-2849
Email: cathy@cgcounsel.com