

FILED

UNITED STATES COURT OF APPEALS

SEP 18 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTOPHER RECOUVREUR, | No. 13-15967 |
| Plaintiff - Appellee, | D.C. No. 3:12-cv-03435-RS<br>Northern District of California,<br>San Francisco |
| v. | |
| CHARLES CARREON, | ORDER |
| Defendant - Appellant. | |

    Appellant's motion for voluntary dismissal of the case under Federal Rule of Appellate Procedure 42(b) is granted.

    A copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:

MOLLY C. DWYER
Clerk of the Court

Lorela Bragado-Sevillena
Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note
    to Rule 27 and Ninth Circuit Rule 27-10

16SEPT2013LBS/Pro Mo