**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 27, 2013

CASE NUMBER:   **CV 12-03435 RS**
CASE TITLE:    **DOE-v- CHARLES CARREON**
DATE MANDATE FILED:   September 27, 2013

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

*Gina Agustine*

by: Gina Agustine
Case Systems Administrator

Distribution:   CIVIL       -   Counsel of Record

CRIMINAL    -   Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

NDC App-16